# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced April 17, 2015

14-0882      IN RE FARMERS INSURANCE COMPANY WIND/HAIL STORM LITIGATION

Farmers Insurance Company's Third Amended Appendix A is filed. The cases listed in that appendix, and all tag-along cases, are transferred to the three pre-trial courts established by the order of April 7. Matters such as disposition of the stay order and docketing details will be decided by the pretrial courts.